UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 15-36655 |
| | ) | |
| Thomas M. Leavy, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. May 1, 2018.


Cindy M. Johnson                                          /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

### SERVICE LIST

## Electronic Mail Notice List

- Ross T Brand    rbrand@klueverplatt.com, bknotice@klueverplatt.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Michael L Sherman    shermlaw1@aol.com
- Thomas W Toolis    twt@jtlawllc.com,
  lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com

## Manual Notice List

See Attached

Thomas M Leavy
11148 E. 2nd Street Mokena, IL
60448-1512

Ally Financial
Attn: Bankruptcy
Po Box 130424
Roseville, MN 55113-0004

Cap1/bstby
1405 Foulk Road
Wilmington, DE 19803-2769

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Check Systems, Inc.
Attn: Customer Relations
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Commerce Bank
Po Box 419248 KcRec-10
Kansas City, MO 64141-6248

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054-3025

Elan Fin Ser
Us Bank Bankruptcy
Po Box 5229
Cincinnati, OH 45201-5229

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 9701
Allen, TX 75013-9701

First National Bank
Attention:FNN Legal Dept
1620 Dodge St. Stop Code: 3290
Omaha, NE 68197-0003

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197-0002

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Hsbc Bank
Attention:  HSBC Retail Services
Po Box 5264
Carol Stream, IL 60197-5264

Kohls/capone
Po Box 3115
Milwaukee, WI 53201-3115

Navient
Po Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1430

PYOD, LLC its successors and assigns
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Shellpoint Mortgage Se
55 Beattie Pl Ste 110
Greenville, SC 29601-5115

Synchrony Bank/ JC Penneys
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076-9104

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000