# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| Thomas M Leavy | § | Case No. 15-36655 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 198,000.00  
*(Without deducting any secured claims)*

Assets Exempt: 72,700.00

Total Distributions to Claimants: 3,905.28

Claims Discharged
Without Payment: 295,776.75

Total Expenses of Administration: 1,403.15

---

3) Total gross receipts of $ 5,308.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,308.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 229,122.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,403.15 | 1,403.15 | 1,403.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,913.00 | 58,078.03 | 58,078.03 | 3,905.28 |
| **TOTAL DISBURSEMENTS** | $ 295,035.00 | $ 59,481.18 | $ 59,481.18 | $ 5,308.43 |

    4)  This case was originally filed under chapter 7 on  10/28/2015 .  The case was pending for 41 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/21/2019               By:/s/Cindy M. Johnson, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated Tax Refund For 2015 Tax Year | 1224-000 | 5,119.83 |
| Illinois Tax Refund For 2015 Tax Year | 1224-000 | 131.20 |
| Indiana Tax Refund for 2015 Tax Year | 1224-000 | 57.40 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,308.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 | | 32,339.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 36,572.00 | NA | NA | 0.00 |
| | Shellpoint Mortgage Se 55 Beattie Pl Ste 110 Greenville, SC 29601 | | 160,211.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 229,122.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,280.84 | 1,280.84 | 1,280.84 |
| Cindy M. Johnson | 2200-000 | NA | 60.40 | 60.40 | 60.40 |
| International Sureties, LTD | 2300-000 | NA | 1.91 | 1.91 | 1.91 |
| BOK Financial | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,403.15** | **$ 1,403.15** | **$ 1,403.15** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Po Box 30253 Salt Lake City, UT 84130 | | 7,496.00 | NA | NA | 0.00 |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 4,986.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 7,131.00 | 7,137.30 | 7,137.30 | 479.93 |
| 6 | Capital One, N.A. | 7100-000 | 143.00 | 356.74 | 356.74 | 23.99 |
| 7 | Citibank, N.A. | 7100-000 | NA | 1,184.59 | 1,184.59 | 79.65 |
| 2 | Commerce Bank | 7100-000 | 4,451.00 | 5,384.59 | 5,384.59 | 362.07 |
| 1 | Discover Bank | 7100-000 | 9,670.00 | 9,550.43 | 9,550.43 | 642.19 |
| 5 | First National Bank Of Omaha | 7100-000 | 3,200.00 | 3,299.85 | 3,299.85 | 221.89 |
| 4 | Navient Solutions, Inc. | 7100-000 | 21,324.00 | 21,548.33 | 21,548.33 | 1,448.95 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | 5,419.00 | 6,498.37 | 6,498.37 | 436.96 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 228.00 | 208.02 | 208.02 | 13.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Portfolio Recovery Associates, Llc | 7100-000 | 117.00 | 601.63 | 601.63 | 40.45 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 484.00 | 1,028.21 | 1,028.21 | 69.14 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,264.00 | 1,279.97 | 1,279.97 | 86.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 65,913.00 | $ 58,078.03 | $ 58,078.03 | $ 3,905.28 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-36655 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Thomas M Leavy | | | | Date Filed (f) or Converted (c): | 10/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/23/2015 |
| For Period Ending: | 03/21/2019 | | | | Claims Bar Date: | 03/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  11148 E. 2Nd Street, Mokena, Il 60448 | 160,000.00 | 0.00 | | 0.00 | FA |
| 2.  Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3.  Numark Credit Union - Checking | 757.00 | 0.00 | | 0.00 | FA |
| 4.  Numark Credit Union - Checking | 922.00 | 0.00 | | 0.00 | FA |
| 5.  Miscellaneous Household | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Everyday Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7.  401K - Fidelity | 52,000.00 | 0.00 | | 0.00 | FA |
| 8.  Bp Pension | 0.00 | 0.00 | | 0.00 | FA |
| 9.  2014 Dodge Charger - 11,000 Miles | 23,000.00 | 0.00 | | 0.00 | FA |
| 10. 2016 Ford Fusion | 30,000.00 | 0.00 | | 0.00 | FA |
| 11. 1992 Buick Park Ave. - 118,000 Miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Kawasaki Vulcan - 15,000 Miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 13. Anticipated Tax Refund For 2015 Tax Year (u) | 4,934.75 | 5,119.83 | | 5,119.83 | FA |
| 14. Illinois Tax Refund For 2015 Tax Year (u) | 0.00 | 131.20 | | 131.20 | FA |
| 15. Indiana Tax Refund for 2015 Tax Year (u) | 0.00 | 57.40 | | 57.40 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $275,513.75 | $5,308.43 | | $5,308.43 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee administered non-exempt Federal and State Tax Refunds. Final report approved, all checks have now cleared. Trustee will file TDR.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 13 | -- | Per IRS the Tax Refund For 2015 Tax Year was $6,007, estate share was 3950 $ of it or 82% |
| | | | 4/13/16 amended docket 22 2015 Federal tax trun total of 5984.00 and excep 4,934.75 |
| RE PROP # | 14 | -- | IL tax refund - ESTATE VALUE: $131.20 |
| RE PROP # | 15 | -- | Indiana tax refund -  ESTATE VALUE: $57.40 |

Initial Projected Date of Final Report (TFR): 10/27/2017     Current Projected Date of Final Report (TFR): 02/23/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-36655 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Thomas M Leavy | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0330 |
| | Checking |
| Taxpayer ID No: XX-XXX7491 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/21/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Thomas Leavy<br>11148 2ND ST<br>Mokena, IL 60448-1512 | Tax Refund | | $188.60 | | $188.60 |
| | | | Gross Receipts                $188.60 | | | | |
| | 14 | | Illinois Tax Refund For 2015 Tax Year   $131.20 | 1224-000 | | | |
| | 15 | | Indiana Tax Refund for 2015 Tax Year   $57.40 | 1224-000 | | | |
| 10/17/17 | 13 | Thomas Leavy<br>11148 E. 2nd St<br>Mokena, IL 60448 | 2015 Tax Refund | 1224-000 | $5,119.83 | | $5,308.43 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,298.43 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,288.43 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,278.43 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,268.43 |
| 02/15/18 | 101 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $1.91 | $5,266.52 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,256.52 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,246.52 |
| 06/05/18 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,280.84 | $3,965.68 |
| | | | Page Subtotals: | | $5,308.43 | $1,342.75 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-36655 | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|
| Case Name: | Thomas M Leavy | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0330 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7491 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/21/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/18 | 103 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $60.40 | $3,905.28 |
| 06/05/18 | 104 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 6.72 % per court order. | 7100-000 | | $642.19 | $3,263.09 |
| 06/05/18 | 105 | Commerce Bank<br>Po Box 419248 Kcrec-10<br>Kansas City, Mo 64141 | Final distribution to claim 2 representing a payment of 6.72 % per court order. | 7100-000 | | $362.07 | $2,901.02 |
| 06/05/18 | 106 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 6.72 % per court order. | 7100-000 | | $479.93 | $2,421.09 |
| 06/05/18 | 107 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 4 representing a payment of 6.72 % per court order. | 7100-000 | | $1,448.95 | $972.14 |
| 06/05/18 | 108 | First National Bank Of Omaha<br>1620 Dodge Street, Stop Code 3105<br>Omaha, Ne 68197 | Final distribution to claim 5 representing a payment of 6.72 % per court order. | 7100-000 | | $221.89 | $750.25 |
| 06/05/18 | 109 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 6 representing a payment of 6.72 % per court order. | 7100-000 | | $23.99 | $726.26 |
| 06/05/18 | 110 | Citibank, N.A.<br>C/O Quantum3 Group Llc<br>Po Box 280<br>Kirkland, Wa 98083-0280 | Final distribution to claim 7 representing a payment of 6.72 % per court order. | 7100-000 | | $79.65 | $646.61 |
| 06/05/18 | 111 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 8 representing a payment of 6.72 % per court order. | 7100-000 | | $69.14 | $577.47 |
| 06/05/18 | 112 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 9 representing a payment of 6.72 % per court order. | 7100-000 | | $86.07 | $491.40 |

Page Subtotals:     $0.00     $3,474.28

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-36655 | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- |
| Case Name: | Thomas M Leavy | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0330 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7491 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/21/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/18 | 113 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Association (Numark Credit Union) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 10 representing a payment of 6.72 % per court order. | 7100-000 | | $436.96 | $54.44 |
| 06/05/18 | 114 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Jc Penney Credit Card) Pob 41067 Norfolk Va 23541 | Final distribution to claim 11 representing a payment of 6.73 % per court order. | 7100-000 | | $13.99 | $40.45 |
| 06/05/18 | 115 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Jc Penney Credit Card) Pob 41067 Norfolk Va 23541 | Final distribution to claim 12 representing a payment of 6.72 % per court order. | 7100-000 | | $40.45 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $5,308.43 | $5,308.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,308.43 | $5,308.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,308.43 | $5,308.43 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*    Page Subtotals:    $0.00    $491.40

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0330 - Checking | $5,308.43 | $5,308.43 | $0.00 |
| | $5,308.43 | $5,308.43 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,308.43 |
| Total Gross Receipts: | $5,308.43 |

Page Subtotals:  $0.00  $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*